UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Chad Lawlor

    v.                       Civil No. 10-cv-445-JL

Jeffrey Bettez

**O R D E R**

Plaintiff Chad Lawlor's pro se filing (doc. no. 33) is rejected as procedurally improper.  "A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." United States v. Tracy, 989 F.2d 1279, 1286 (1st Cir. 1993), cert. denied, 513 U.S. 1031 (1994).  The court will accept no further pro se filings by the plaintiff.  Plaintiff's counsel is directed to file, under his signature and all that entails under Rule 11, all future filings with the court.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  August 23, 2012

cc:  Michael J. Sheehan, Esq.
     John A. Curran, Esq.
     Nancy J. Smith, Esq.
     Rebecca L. Woodward, Esq.